

**Nancy V. Wright**
212.915.5845 (direct)
Nancy.Wright@wilsonelser.com

January 17, 2025

**VIA ECF**
Honorable Arun Subramanian, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:    Laura Brancato v. Meltzer, Lippe, Goldstein and Breitstone, LLP
                and David Heymann
                Docket No.: 1:24-cv-08240-AS
                <u>Our File No. 17154.00245</u>

Dear Judge Subramanian:

We represent defendants in the above-referenced matter. We submit this letter requesting for a brief extension to file our Answer to plaintiff's complaint because the parties have reached a settlement in principle and are working on the terms of the settlement. Several agreed upon settlement terms require various waiting periods which cannot be satisfied without an extension. This is defendants second request.

As the Court is aware, defendants' Answer to plaintiff's complaint is currently due on January 23, 2025. *See* Dkt. 12. Defendants respectfully request a brief extension to March 3, 2025 to file our Answer. Correspondingly, we respectfully request that our initial pretrial conference, currently scheduled on January 30, 2025, be moved to any date Your Honor deems proper after March 3, 2025. Plaintiff consents to defendants' request.

We thank the Court for its time and consideration in this matter.

                                          Respectfully submitted,

                                          **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

                                          */s/ Nancy Wright*
                                          Nancy Wright