**EXHIBIT B**

**UNITED STATES DISTRIC COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **LAURA BRANCATO,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**MELTZER, LIPPE, GOLDSTEIN AND BREITSTONE LLP and DAVID HEYMANN,**<br><br>**Defendants.** | : | **Index No. 24-8240**<br><br>**STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendants in the above-referenced action that: (1) the above-captioned action is hereby dismissed with prejudice without costs, disbursements, expenses, or attorneys' fees; (2) signatures to this Stipulation via facsimile or electronic transmission are sufficient to reflect the assent of the Parties; and (3) this Stipulation may be filed with the Clerk of the Court without further notice.

Dated: New York, New York
February 10, 2025

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
*Attorneys for Defendants*

By: Nancy Wright

Nancy V. Wright
Saige Subick
150 East 42nd Street
New York, New York 10017
T: (212) 490-3000
Nancy.Wright@wilsonelser.com
Saige.Subick@wilsonelser.com

Dated: New York, New York
February 6, 2025

**EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP**
*Attorneys for Plaintiff*

By: Zoe Salzman

Zoe Salzman
600 Fifth Avenue, 10th Floor
New York, NY 10020
phone: 212-763-5000
zsalzman@ecbawm.com